# EXHIBIT C



Department of State / Division of Corporations / Search Records / Search by Entity Name /

Previous On List    Next On List    Return to List      twilio
                                                         Search
No Events    No Name History

## Detail by Entity Name

Foreign Profit Corporation
TWILIO INC.

**Filing Information**

**Document Number**  F20000004166
**FEI/EIN Number**   26-2574840
**Date Filed**       08/25/2020
**State**            DE
**Status**           ACTIVE

**Principal Address**

101 Spear Street
Suite 500
San Francisco, CA 94105

Changed: 02/24/2023

**Mailing Address**

101 Spear Street
Suite 500
San Francisco, CA 94105

Changed: 02/24/2023

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

**Officer/Director Detail**

**Name & Address**

Title Director

DEETER, BYRON
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Director

DUBINSKY, DONNA
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Chairman, Director

EPSTEIN, JEFF
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Director

IMMELT, JEFF
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Director

ROTTENBERG, ERIKA
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Secretary

WAGNER, DANA
101 Spear Street
Suite 500
San Francisco, CA 94105

Title CFO

VIGGIANO, AIDAN
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Director

Patrick, Deval
101 Spear Street
Suite 500
San Francisco, CA 94105

Title Director

Suzuki, Miyuki
101 Spear Street
Suite 500
San Francisco, CA 94105

