# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 3:24-MC-80129 PHK

Plaintiff:
**ANTHONY LAWSON**

vs.

Defendant:
**TWILIO, INC.**

For:
EDELSBERG LAW, PA



KDY2024026069

Received by Michael Wyatt Kady on the 30th day of May, 2024 at 11:23 am to be served on **TWILIO, INC. ATTN: CORPORATION SERVICE COMPANY - REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Michael Wyatt Kady, do hereby affirm that on the **30th day of May, 2024** at **11:45 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS AND PETITION** to: **Chelsea Wang** as Customer service associate, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 HAYS STREET, TALLAHASSEE, FL 32301.** on behalf of **TWILIO, INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Asian, Height: 5'5", Weight: 130, Hair: Black, Glasses: N

_____
**Michael Wyatt Kady**
Process Server

**GLOBAL PROCESS SERVICES CORP.**
**P.O. Box 961556**
**Miami, FL 33296**
**(786) 287-0606**

Our Job Serial Number: KDY-2024026069
Ref: 24-2184

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| ANTHONY LAWSON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:24-mc-80129 PHK |
| TWILIO, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TWILIO, Inc.
Attn: Corporation Service Company- Registred Agent
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   EDELSBERG LAW, P.A.
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: May 24, 2024

*Signature of Clerk or Deputy Clerk*