DocuSign Envelope ID: FC810DD6-12B2-4F07-852F-3A027ED09DF1

Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
sheri@zwillgen.com

*Attorneys for Respondent
Twilio Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY LAWSON, <br><br> *Petitioner*, <br> v. <br> TWILIO INC., <br><br> *Respondent*. | Case No. 3:24-mc-80129-PHK <br><br> **DECLARATION OF ALANA MANNIGE IN SUPPORT OF OPPOSITION TO PETITIONER'S MOTION TO ENFORCE SUBPOENA TO NON-PARTY TWILIO INC.** |

1    I, Alana Mannige, hereby declare as follows:

2    1.    I am employed at Twilio Inc. as Senior Counsel, Litigation. I am over the age of eighteen and have personal knowledge of the facts set forth in this declaration. If called to testify, I could and would testify competently thereto.

    2.    Attached as Exhibit A is a true and correct copy of emails exchanged between Petitioner's counsel and Twilio between March 19, 2024 and March 21, 2024.

    I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

    Executed this 1st day of July 2024 in _____Berkeley Lake, Georgia_____.

By: 
    Alana Mannige

---

1

DECLARATION OF ALANA MANNIGE IN SUPPORT OF OPPOSITION TO PETITIONER'S MOTION TO ENFORCE SUBPOENA TO NON-PARTY TWILIO INC. / CASE NO. 3:24-mc-80129-PHK