# Exhibit A



Alana Mannige <amannige@twilio.com>

## Re: Subpoena Objection Response - Anthony Lawson v. Visionworks of America

**Chris Berman** <cberman@shamisgentile.com>  Thu, Mar 21, 2024 at 11:41 AM
To: Alana Mannige <amannige@twilio.com>
Cc: Matt Gainer <mgainer@twilio.com>, Garrett Berg <gberg@shamisgentile.com>, Brianne Williams <bwilliamsceds@twilio.com>, Joshua Jacobson <joshua@jacobsonphillips.com>, Andrew Shamis <ashamis@shamisgentile.com>

Hi Alana,

Thanks for your time this morning. As discussed, we are pressing on with Visionworks for the call logs and other documents and will continue to keep you in the loop. Please let us know the outcome of your conversation with them too when you speak with their counsel. For now, we can hold the deposition of Twilio's rep in abeyance (which is currently set for May 3).

Appreciate your help as usual and we will be in touch.

All the best,



Christopher E. Berman | Attorney

SHAMIS GENTILE

CLASS ACTION LAW FIRM

14 NE 1st Ave Suite 705 | Miami, FL 33132

Tel: 305.479.2299 | Fax: 786.623.0915

www.shamisgentile.com



**From:** Alana Mannige <amannige@twilio.com>
**Date:** Tuesday, March 19, 2024 at 5:01 PM
**To:** Chris Berman <cberman@shamisgentile.com>
**Cc:** Matt Gainer <mgainer@twilio.com>, Garrett Berg <gberg@shamisgentile.com>, Brianne Williams <bwilliamsceds@twilio.com>
**Subject:** Re: Subpoena Objection Response - Anthony Lawson v. Visionworks of America

**Security Notice:** This is an external email. Stop and think before you click links or open attachments.

Hi Chris,

Are you available Thursday at 10:30 am ET?

Best,

Alana

Alana Mannige

Counsel, Litigation

Image removed by sender. Twilio

EMAIL    amannige@twilio.com

On Tue, Mar 19, 2024 at 11:55AM Chris Berman <cberman@shamisgentile.com> wrote:

> Hi Alana,
>
> Please let us know when you have some time to meet and confer regarding Twilio's objections and responses to our subpoena. We have kept you cc'd on our requests for the call logs and class data with Visionworks to demonstrate we are exhausting all avenues as requested last time we spoke on a different matter.
>
> We are free this afternoon, Wed (aside from 3-330 PM ET), Thurs (aside from 3-330 PM ET) and all day Friday. Thanks!
>
> All the best,
>
> 
>
> Christopher E. Berman | Attorney
>
> SHAMIS GENTILE
>
> CLASS ACTION LAW FIRM
>
> 14 NE 1st Ave Suite 705 | Miami, FL 33132
>
> Tel: 305.479.2299 | Fax: 786.623.0915
>
> www.shamisgentile.com
>
>     

**From:** Matt Gainer <mgainer@twilio.com>
**Date:** Tuesday, March 19, 2024 at 11:28 AM
**To:** Chris Berman <cberman@shamisgentile.com>, Garrett Berg <gberg@shamisgentile.com>
**Cc:** Alana Mannige <amannige@twilio.com>
**Subject:** Subpoena Objection Response - Anthony Lawson v. Visionworks of America

**Security Notice:** This is an external email. Stop and think before you click links or open attachments.

*- Ten4 TG*

Dear Mr. Berman and Mr. Berg,

Pursuant to the attached subpoena in the above-referenced matter, please find Twilio Inc.'s objections and responses. If you have any questions regarding our response, please let us know.

Regards,

Matthew Gainer

Sr. Manager, Lead Paralegal

**Error! Filename not specified.**

EMAIL    mgainer@twilio.com

**Error! Filename not specified.**    Respond, adapt, thrive. Reimagine customer engagement now and into the future.