Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
sheri@zwillgen.com

*Attorneys for Respondent
Twilio Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY LAWSON,<br><br>      *Petitioner*,<br>v.<br><br>TWILIO INC.,<br><br>      *Respondent*. | Case No. 3:24-mc-80129-PHK<br><br>**RESPONDENT TWILIO INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Respondent Twilio Inc. ("Twilio") files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that Twilio has no parent corporation or publicly-held corporation that owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest other than the named parties to report.

Dated: July 1, 2024 **ZWILLGEN LAW LLP**

By: /s/ Sheri Pan
Sheri Pan (SBN 316136)
sheri@zwillgen.com

*Attorney for Respondent Twilio Inc.*

RESPONDENT TWILIO INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15 / CASE NO. 3:24-mc-80129-PHK